```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 39330
  DELOUSE JACKSON
                                            CHAPTER 13

                                            JUDGE: MANUEL BARBOSA

         Debtor
  SSN XXX-XX-4195


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/22/04 and confirmed on 12/14/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  64956.94 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME                 CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                                 PAID          PAID
-----------------------------------------------------------------------------
EMC MORTGAGE                  CURRENT MORTG     41696.87         .00         41696.87
EMC MORTGAGE                  MORTGAGE ARRE      3407.68         .00          3407.68
CITIFINANCIAL                 SECURED            1000.00       79.29          1000.00
BECKET & LEE LLP              UNSECURED           583.51         .00           426.04
CAPITAL ONE FINANCIAL         UNSECURED         NOT FILED        .00              .00
CAPITAL ONE FINANCIAL         UNSECURED         NOT FILED        .00              .00
SMC                           UNSECURED            269.66        .00           196.89
ROUNDUP FUNDING LLC           UNSECURED           1244.82        .00           908.88
FIRST EXPRESS                 UNSECURED            550.53        .00           401.96
PREMIER BANKCARD/CHARTER      UNSECURED            457.33        .00           333.91
CITICARDS PRIVATE LABEL       UNSECURED           1361.60        .00           994.14
ECAST SETTLEMENT CORPORA      UNSECURED           5088.91        .00          3715.56
MIDNIGHT VELVET               UNSECURED            207.02        .00           151.15
NEWPORT NEWS                  UNSECURED         NOT FILED        .00              .00
ROUNDUP FUNDING LLC           UNSECURED           1135.39        .00           828.98
ECAST SETTLEMENT CORPORA      UNSECURED            498.84        .00           364.22
            Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER         TOTAL

TOTAL CLMS ALLOWED  46104.55         .00     11397.61         .00       57502.16
PRINCIPAL PAID      46104.55         .00      8321.73         .00       54426.28
INTEREST PAID          79.29         .00          .00         .00          79.29
TOTAL PAID          46183.84         .00      8321.73         .00       54505.57
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $    2594.43 .

Refunds to the Debtor totaled $     5156.94 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 03/18/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE